# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-22-00756-CV

**J. L. B., Appellant**

**v.**

**Texas Department of Family and Protective Services, Appellee**

### FROM THE 424TH DISTRICT COURT OF BURNET COUNTY
### NO. 52792, THE HONORABLE CHERYLL MABRAY, JUDGE PRESIDING

### O R D E R

**PER CURIAM**

Appellant J. L. B. filed her notice of appeal on November 21, 2022. The appellate record was complete on December 9, 2022, making appellant's brief due on December 29, 2022. On December 27, 2022, appellant's counsel filed an unopposed motion for extension of time to file appellant's motion to dismiss.

The rules of judicial administration accelerate the final disposition of appeals from suits for termination of parental rights. *See* Tex. R. Jud. Admin. 6.2(a) (providing 180 days for court's final disposition). The accelerated schedule constrains this Court's leeway in granting extensions. In this instance, we will grant the motion and order appellant's counsel to file appellant's motion to dismiss no later than January 17, 2023. If the motion to dismiss is not filed by that date, appellant's brief will be due on or before February 6, 2023. If the brief is not filed

by that date, counsel may be required to show cause why she should not be held in contempt of court.

It is ordered on December 30, 2022.


Before Chief Justice Byrne, Justices Triana and Smith